AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Conroy, John M. | **2. Court or Organization**<br><br>U.S. District Court-District of Vermont | **3. Date of Report**<br><br>3/22/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (full time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ✔ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>1/1/2020<br>**to**<br>3/21/2021 |
| **7. Chambers or Office Address**<br><br>U.S. Post Office and Courthouse<br>Box 836<br>Burlington VT 05401 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conroy, John M.** | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vermont Federal Credit Union | A | Interest | L | T | | | | | |
| 2. Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 3. Brokerage account # 1: | | | | | | | | | |
| 4. Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 5. Abbvie Common Stock | A | Dividend | K | T | | | | | |
| 6. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 7. Accenture PLC Ireleand | A | Dividend | J | T | | | | | |
| 8. Alibaba Group Holdings common stock | A | Dividend | K | T | | | | | |
| 9. Alphabet Inc. common stock | A | Dividend | L | T | | | | | |
| 10. Amazon common stock | A | Dividend | J | T | | | | | |
| 11. Amgen common stock | A | Dividend | K | T | | | | | |
| 12. American Express Inc. common stock | A | Dividend | K | T | | | | | |
| 13. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 14. AT&T common stock | A | Dividend | K | T | | | | | |
| 15. Bank of America common stock | A | Dividend | J | T | | | | | |
| 16. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 17. Berry Petroleum Inc. common stock | A | Dividend | J | T | Buy | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing common stock | A | Dividend | J | T | | | | | |
| 19. Carrier Global Inc. common stock (x)(y) | | | | | | | | | |
| 20. Caterpiller Inc. common stock | A | Dividend | J | T | | | | | |
| 21. Chevron Oil. commom stock | B | Dividend | L | T | | | | | |
| 22. Chubb Inc. common stock | A | Dividend | K | T | | | | | |
| 23. Cigna Corp. common stock | A | Dividend | K | T | | | | | |
| 24. Cisco Systems common stock | A | Dividend | J | T | | | | | |
| 25. Clorox Inc. common stock | A | Dividend | K | T | | | | | |
| 26. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 27. Citigroup Inc. common stock | A | Dividend | K | T | | | | | |
| 28. Conoco-Phillips common stock | A | Dividend | K | T | | | | | |
| 29. Corteva Inc. common stock | A | Dividend | J | T | | | | | |
| 30. Costco Inc. common stock | A | Dividend | K | T | | | | | |
| 31. Constellation Brands Inc. common stock | A | Dividend | K | T | | | | | |
| 32. Crown Castle Int'l common stock | A | Dividend | K | T | | | | | |
| 33. Cyberark Sftware Inc/ common stock | A | Dividend | K | T | | | | | |
| 34. BNY Mellon (f/k/a Dreyfus Large Cap. Grwth M.Fund | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. DowDupont common stock | A | Dividend | | | Sold | 05/13/20 | J | A | |
| 36. Eaton Corp. common stock | A | Dividend | K | T | | | | | |
| 37. Edwards Life Sciences common stock | A | Dividend | K | T | | | | | |
| 38. Fidelity MSCI Materials Index | A | Dividend | K | T | | | | | |
| 39. Fortive Corp. common stock | A | Dividend | J | T | | | | | |
| 40. Garrett Motion common stock | A | Dividend | J | T | | | | | |
| 41. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 42. Goldman Sachs Grp Inc. common stock | A | Dividend | L | T | | | | | |
| 43. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 44. IDEXX Labs Inc. common stock | A | Dividend | K | T | | | | | |
| 45. Ishares MSCI EAFE ETF | A | Distribution | | | Sold | 08/06/20 | J | A | |
| 46. Johnson and Johnson common stock | A | Dividend | K | T | | | | | |
| 47. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 48. Kimberly Clark corp common stock | A | Dividend | K | T | | | | | |
| 49. L3Harris Technologies common stock | A | Dividend | K | T | | | | | |
| 50. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 51. Lowe's Corp. common stock | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Marathon Petroleum common stock | A | Dividend | K | T | | | | | |
| 53. | Mastercard Inc. common stock | A | Dividend | L | T | | | | | |
| 54. | McDonald Corp. common stock | A | Dividend | L | T | | | | | |
| 55. | Medtronic common stock | A | Dividend | K | T | | | | | |
| 56. | Merck Inc. common stock | B | Dividend | K | T | | | | | |
| 57. | Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 58. | Netflix Inc. common stock | A | Dividend | K | T | | | | | |
| 59. | Nextera Energy Corp | A | Dividend | K | T | | | | | |
| 60. | Nike Inc. common stock | A | Dividend | K | T | | | | | |
| 61. | Nvidia common stock | A | Dividend | K | T | | | | | |
| 62. | Otis Worldwide Inc. common stock (x)(y) | | | | | | | | | |
| 63. | Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 64. | Progressive Ohio common stock | A | Dividend | | | Sold | 08/06/20 | K | B | |
| 65. | Proctor & Gamble common stock | A | Dividend | K | T | | | | | |
| 66. | Raytheon Technologies (f/k/a Raytheon Inc.) common stock | A | Dividend | K | T | | | | | |
| 67. | Residio Technologies common stock | A | Dividend | J | T | | | | | |
| 68. | SalesForce Inc. common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Trust S& P 500 | A | Distribution | K | T | | | | | |
| 70. Stryker Inc. common stock | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 71. United Tech. Corp. common stock (y) | | | | | | | | | |
| 72. United Health Grp. common stock | A | Dividend | K | T | | | | | |
| 73. Visa Inc. class A common stock | A | Dividend | K | T | | | | | |
| 74. Vontier Corp common stock | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 75. Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 76. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 77. Vontier Corp. common stock | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 78. Pueblo Cty CO muni bond | A | Interest | | | Redeemed | 02/22/20 | K | | |
| 79. Colo Springs Utility muni bond | A | Interest | | | Redeemed | 11/16/20 | K | A | |
| 80. University of Vermont bonds | A | Interest | L | T | | | | | |
| 81. AT&T corp. bond | A | Interest | K | T | | | | | |
| 82. Goldman Sachs bond | A | Interest | K | T | | | | | |
| 83. Ebay Inc. corp. bond | A | Interest | K | T | | | | | |
| 84. Duke Energy corp. bond | A | Interest | K | T | | | | | |
| 85. Thermo Fischer Scientific corp. bond | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 87. Citibank CD | A | Interest | K | T | | | | | |
| 88. UBS Bank CD | A | Interest | K | T | | | | | |
| 89. Fed. Home Loan Bank bond | A | Interest | L | T | | | | | |
| 90. Fed. Nat'l Mtg. Assn. bond | A | Interest | L | T | | | | | |
| 91. MSILF money market acct. | A | Interest | N | T | | | | | |
| 92. Alliance Bernstein Muni, Bond mutual fund | A | Interest | L | T | Buy | 04/20/20 | K | | |
| 93. Trust #1 (income beneficiary): | | | | | | | | | |
| 94. Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 95. Amazon Inc. common stock | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 96. American Express Inc. common stock | A | Dividend | J | T | | | | | |
| 97. Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 98. American Tower REIT | A | Distribution | J | T | | | | | |
| 99. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 100. Archer Daniels Midland commion stock | A | Dividend | K | T | | | | | |
| 101. Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 102. Boeing common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Bristol Meyers Squibb | A | Dividend | K | T | | | | | |
| 104.  Cigna Inc. common stock | A | Dividend | K | T | | | | | |
| 105.  Corteva Inc. common stock | A | Dividend | J | T | | | | | |
| 106.  CVS Health Corp common stock | A | Dividend | K | T | | | | | |
| 107.  Cyberark Software Inc. common stock | A | Dividend | K | T | | | | | |
| 108.  Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 109.  Garret Motion common stock | A | Dividend | J | T | | | | | |
| 110.  Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 111.  General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 112.  Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 113.  Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 114.  L3Harris Technologies common stock | A | Dividend | K | T | | | | | |
| 115.  Lockheed Martin commom stock | A | Dividend | J | T | | | | | |
| 116.  Marathon Petroleum common stock | A | Dividend | J | T | | | | | |
| 117.  Medtronic PLC | A | Dividend | J | T | | | | | |
| 118.  Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 119.  Netflix common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Nextera Energy common stock | A | Dividend | K | T | | | | | |
| 121.  Nvidia common stock | A | Dividend | J | T | | | | | |
| 122.  Pepisco common stock | A | Dividend | J | T | | | | | |
| 123.  Palo Alto Networks common stock | A | Dividend | J | T | | | | | |
| 124.  Proctor and Gamble common stock: | A | Dividend | J | T | | | | | |
| 125.  Progressive Corp common stock | A | Dividend | | | Sold | 08/07/20 | K | A | |
| 126.  Qualcomm common stock | A | Dividend | K | T | | | | | |
| 127.  Resideo Technologies common stock | A | Dividend | J | T | | | | | |
| 128.  Royal Gold common stock | A | Dividend | J | T | | | | | |
| 129.  Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 130.  Stryker Corp. common stock | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 131.  Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 132.  Vontier Corp. common stock | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 133.  Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 134.  Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 135.  ishares Japan MSCI ETF | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 136.  Morgan Stanley Bank | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  IRA acct : | | | | | | | | | |
| 138.  Advansix Inc. common stock | A | Dividend | J | T | | | | | |
| 139.  Alibaba Group Holdings Ltd common stock | A | Dividend | J | T | | | | | |
| 140.  Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 141.  Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 142.  Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 143.  Boeing common stock | A | Dividend | J | T | | | | | |
| 144.  Conoco-Phillips Inc. common stock | A | Dividend | J | T | | | | | |
| 145.  Edwards Life Sciences Inc. common stock | A | Dividend | J | T | | | | | |
| 146.  Garret Motion Inc. common stock | A | Dividend | J | T | | | | | |
| 147.  Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 148.  Johnson & Johnson Inc. common stock | A | Dividend | J | T | | | | | |
| 149.  Merck common stock | A | Dividend | J | T | | | | | |
| 150.  Residio Technology common stock | A | Dividend | J | T | | | | | |
| 151.  Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 152.  IRA acct. : | | | | | | | | | |
| 153.  Morgan Stanley Bank | A | Interest | O | T | Buy<br>(add'l) | 09/16/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Bank of America common stock | A | Dividend | J | T | | | | | |
| 155. Berkshire Hathaway class B common stock | A | Interest | K | T | | | | | |
| 156. Blackstone Group LP | A | Distribution | J | T | | | | | |
| 157. Black Rock Capital ETF | A | Distribution | K | T | Buy | 10/12/20 | K | | |
| 158. Boeing common stock | A | Dividend | J | T | | | | | |
| 159. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 160. Brookfield Renew Partners LP | A | Distribution | K | T | Buy | 10/12/20 | K | | |
| 161. Cisco Systems common stock | A | Dividend | J | T | | | | | |
| 162. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 163. Constellation Brands common stock | A | Dividend | J | T | | | | | |
| 164. Excellon Corp. pref. stock | A | Dividend | J | T | Buy | 10/12/20 | J | | |
| 165. IBM common stock | A | Dividend | J | T | | | | | |
| 166. Nextera Inc. common stock | A | Dividend | J | T | | | | | |
| 167. Nike common stock | A | Dividend | J | T | | | | | |
| 168. Progressive Ohio common stock | A | Dividend | J | T | | | | | |
| 169. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 170. Peoples United Financial common stock | A | Dividend | K | T | Buy | 10/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Proctor and Gamble common stock | A | Dividend | J | T | | | | | |
| 172. Sales Force Inc. common stock | A | Dividend | J | T | | | | | |
| 173. 3M Co. common stock | A | Dividend | J | T | | | | | |
| 174. Vertex Pharmaceuticals common stock | A | Dividend | J | T | Buy | 10/12/20 | K | | |
| 175. MSILF Treasury money market fund | A | Distribution | J | T | | | | | |
| 176. Global X NASD 100 COV mutual fund | A | Distribution | K | T | | | | | |
| 177. 403(b) plan : | | | | | | | | | |
| 178. TIAA-CREF Growth Stock Fund | A | Int./Div. | | | Sold | 09/16/20 | K | C | |
| 179. TIAA-CREF Equity Stock Fund | A | Int./Div. | | | Sold | 09/16/20 | K | C | |
| 180. TIAA-CREF Stock Fund | A | Int./Div. | | | Sold | 09/16/20 | K | C | |
| 181. T Rowe Price Blue Chip fund | B | Distribution | | | Sold | 09/16/20 | M | D | |
| 182. Carillon Emerging Mid Cap Fund | A | Distribution | | | Sold | 09/16/20 | K | C | |
| 183. Goldman Sachs Small Cap fund | A | Distribution | | | Sold | 09/16/20 | K | C | |
| 184. Trust acct # 3 | | | | | | | | | |
| 185. Abbvie Inc common stock | A | Dividend | K | T | | | | | |
| 186. Accenture PLC common stock | A | Dividend | K | T | | | | | |
| 187. Advansix Inc. common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Alibaba common stock | A | Distribution | K | T | | | | | |
| 189. Alphabet Inc. common stock | A | Dividend | K | T | | | | | |
| 190. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 191. American Tower REIT | A | Dividend | K | T | | | | | |
| 192. Amgen common stock | A | Dividend | K | T | | | | | |
| 193. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 194. AT&T common stock | A | Dividend | K | T | | | | | |
| 195. Bank of America common stock | A | Distribution | K | T | | | | | |
| 196. Boeing Inc. common stock | A | Dividend | K | T | | | | | |
| 197. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 198. Carrier Global Corp. common stock (x)(y) | | | | | | | | | |
| 199. Caterpiller Inc. common stock | A | Dividend | J | T | | | | | |
| 200. Chevron Corp. common stock | A | Dividend | K | T | | | | | |
| 201. Cisco Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 202. Comcast Inc. common stock | A | Dividend | K | T | | | | | |
| 203. Conoco Phillips Inc. common stock | A | Dividend | K | T | | | | | |
| 204. Constellation Brands Inc. common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Costco Inc. common stock | A | Dividend | K | T | | | | | |
| 206. Cummins Inc. common stock | A | Dividend | K | T | | | | | |
| 207. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 208. Fortive Inc. common stock | A | Dividend | J | T | | | | | |
| 209. Garret Motion Inc. common stock | A | Dividend | J | T | | | | | |
| 210. Hilton Grand Vacation (HGV) | A | Dividend | J | T | | | | | |
| 211. Honeywell Int'l Inc. common stock | A | Dividend | K | T | | | | | |
| 212. IBM common stock | A | Dividend | K | T | | | | | |
| 213. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 214. L3 Harris Technologies common stock | A | Dividend | K | T | | | | | |
| 215. Lockheed Martin common stock | A | Dividend | K | T | | | | | |
| 216. Marathon Oil common stock | A | Dividend | K | T | | | | | |
| 217. Merck common stock | A | Dividend | K | T | | | | | |
| 218. Microsoft Inc. common stock | A | Dividend | K | T | | | | | |
| 219. Netflix Inc. common stock | A | Dividend | K | T | | | | | |
| 220. Nextera Energy common stock | A | Dividend | K | T | | | | | |
| 221. Otis World Wide common stock (x)(y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Park Hotel Resorts common stock | A | Dividend | J | T | | | | | |
| 223.  Pfizer Inc. common stock | A | Dividend | K | T | | | | | |
| 224.  Phillips 66 Inc. common stock | A | Dividend | K | T | | | | | |
| 225.  Proctor & Gamble Inc. common stock | A | Dividend | K | T | | | | | |
| 226.  Raytheon Technologies common stock (f/k/a Raytheon Inc. common stock | A | Dividend | K | T | | | | | |
| 227.  Resideo Technologies common stock | A | Dividend | J | T | | | | | |
| 228.  Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 229.  Royal Gold Inc. common stock | A | Dividend | K | T | | | | | |
| 230.  S & P Global Inc. common stock | A | Dividend | K | T | | | | | |
| 231.  Sales Force Inc. common stock | A | Dividend | K | T | | | | | |
| 232.  Toronto Dominion Bank Inc. common stock | A | Dividend | K | T | | | | | |
| 233.  United Technologies Inc. common stock (Y) | | | | | | | | | |
| 234.  Viatris Inc. common stock | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 235.  Vontier Inc. common stock | A | Dividend | J | T | Buy | 10/09/20 | J | | |
| 236.  Walt Disney Corp. common stock | A | Dividend | K | T | | | | | |
| 237.  CitiGroup Inc. pref. stock | A | Dividend | K | T | | | | | |
| 238.  Goldman Sachs Inc. pref. stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Cohen & Steers Realty ETF | A | Dividend | K | T | | | | | |
| 240. MSILF Treasury mutual fund | A | Distribution | K | T | | | | | |
| 241. Morgan Stanley cash account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 3/22/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544